# Exhibit A

| Exhibit Number | Exhibit Description | Exhibit Reference |
|---|---|---|
| 1 | Weaver IDOC Dental Records | 56.1 Ex. 8 |
| 2 | Weaver Joliet Oral Surgeons Dental Records | Scheive Deposition Ex. 2 |
| 3 | Offender's Grievance 1357 | 56.1 Ex. 6 |
| 4 | Offender's Grievance M302 | 56.1 Ex. 7 |
| 5 | IDOC Administrative Directives | Pfister Deposition Ex. 2 |
| 6 | 20 Ill. Admin. Code 415 | Pfister Deposition Ex. 1 |
| 7 | Joliet Oral Surgeons X-Ray | Scheive Deposition |