Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


WENDELL WEAVER #R47387,          )
                                 )
                                 )
          Plaintiff,             )
                                 )
                                 )
     vs.                         )  No. 15-cv-2950
                                 )
                                 )
J. MITCHELL, et al.,             )
                                 )
                                 )
          Defendants.            )


        The deposition of JACQUELINE MITCHELL
LAWSHEA, DDS, taken before Tonia Rizzo, CSR, License
No. 084-003866, at Stateville Correctional Center,
16830 IL-53, Crest Hill, Illinois, on Wednesday,
November 16, 2016, at the hour of 10:00 o'clock a.m.




MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com, by:
Tonia L. Rizzo-Bellik, CSR



1   she thinks that is there.  She refers it over to the

2   dentist.

3          Q.   You mentioned a caries, correct?

4          A.   Dental caries, yes.

5          Q.   Is that an indication of a cavity?

6          A.   Yes.

7          Q.   If an individual has a condition that

8   requires follow-up care, is that individual scheduled

9   for that follow-up care?

10          A.   Yes.

11          Q.   Does the individual need to request

12   follow-up care?

13          A.   No.  She normally just put them on our

14   schedule.

15          Q.   And just to be clear, it's not a situation

16   where they go on the log book first and then are put on

17   the schedule, they are directly entered on the

18   schedule?

19          A.   That's correct.  I did explain to you

20   earlier that we have an appointment book that we

21   schedule appointments with the exception of the

22   hygienist.  At that time I advised you that she uses a

23   log book, which is different than what the dentists

24   use.



Page 36

```
 1        Q.   Okay.

 2        A.   Okay.

 3        Q.   So if a hygienist identifies an issue that

 4   needs follow up, that goes onto the --

 5        A.   Appointment book.

 6        Q.   -- appointment book that is used by the

 7   dentist?

 8        A.   Correct.

 9        Q.   How is an offender notified of a dental

10   appointment?

11        A.   They get a call pass.

12        Q.   When is that call pass delivered?

13        A.   The night before their appointment.

14        Q.   Before the call pass arrives the night

15   before, would the offender have any knowledge of

16   upcoming dental appointments?

17        A.   Generally when they are leaving, we advise

18   them that they should be scheduled for a return

19   appointment.  We are not allowed to tell them then in

20   the event that they decide to hold somebody hostage or

21   decide to do something else crazy.  We are only allowed

22   to give them notification the night before.

23        Q.   Is the call pass for a specific time?

24        A.   Correct.
```



Page 37

1          Q.   Is it -- so an offender will receive a call

2     pass indicating that they have an appointment scheduled

3     for 1:00 p.m.?

4          A.   Correct.

5          Q.   How is the offender -- how does this

6     offender arrive at the dental unit for that 1:00 p.m.

7     appointment?

8          A.   They are escorted by security.

9          Q.   And are they -- when are they escorted by

10    security?

11         A.   It is our hope and desire that they come a

12    little ahead of their appointment time.  I cannot

13    control security, so sometimes they arrive late.

14    Sometimes they don't arrive at all.

15         Q.   And is it possible that due to security, an

16    individual does not show for an appointment?

17         A.   That could be one of the factors.

18         Q.   So is it possible that an individual would

19    just not show for an appointment wanted to appear for

20    that appointment?

21         MR. DORAN:  Objection, form of the question,

22    foundation.

23         THE WITNESS:  Could you re-clarify.

24



Page 38

 1  BY MR. ROTERT:

 2      Q.   Sure.  Is it possible that an individual

 3  that does not show for an appointment, is it possible

 4  that the reason for that is beyond their control?

 5      A.   That's possible.

 6      Q.   Would that be due to lock downs?

 7      A.   Definitely, yes, that's part of it.

 8      Q.   Is it possible that there is no lock down,

 9  and yet no one was available or no one escorted them to

10  the dental unit?

11      MR. DORAN:  Objection, foundation.

12      THE WITNESS:  That could be possible.

13  BY MR. ROTERT:

14      Q.   When offenders are scheduled for an

15  appointment in the appointment book, are any

16  considerations given to the offender's personal

17  schedule?

18      A.   Yes.

19      Q.   What sort of considerations?

20      A.   Generally if I'm doing their schedule, we

21  have a list that lists when they have yard; if they

22  have law library at that time.  We actually -- if the

23  commissary list is running right, we have when that

24  house is supposed to shop for commissary.  All of those



Page 39

1    are factors that determine whether they are going to

2    come or not.  However, a lot of times -- or if they

3    have a visit, they may not come.  If they have a legal

4    call, they may not come.

5              But for the most part I schedule around

6    in particular yard, because that's important to them.

7    I schedule around law.  Some of them have job

8    assignments that we call the job, try to get them off

9    of it.  If they can't come at that time, we try to see

10   when is the best time when they get off of work.  We

11   were trying to adjust to what suits -- what they are

12   doing so that they have a better chance of coming.

13        Q.    Is it possible for an offender to be

14   escorted to the dental unit and be asked to wait

15   before --

16        A.    It's possible.

17        Q.    And where are offenders held during that

18   wait period?

19        A.    There are holding areas in the hospital.

20        Q.    And how -- is it possible for an offender

21   to be escorted to a dental unit, placed in the holding

22   cell and not be seen by the dental unit?

23        A.    That could be possible.

24        Q.    What would be some of the causes for that



Page 40

1    to occur?

2          A.    The tact team could be brought to the

3    hospital, and there is no movement back to us.

4    Security may fail to notify us that the inmate is up

5    there waiting.  Let's see, those are the two

6    predominant reasons.

7                Sometimes the inmate has a visit -- we

8    don't know they are on a visit, so they'll pull them

9    out of the holding area and take them up to their

10   visit.  They don't notify us that they have actually

11   left the area.

12         Q.    Is it possible for an individual to be

13   waiting in the holding cell and for the dental unit to

14   run out of time for the day?

15         A.    It's possible.

16         Q.    Is it possible for an individual's

17   appointment to be cancelled after they arrive at the

18   holding cell due to staff shortages?

19         A.    That's possible.

20         Q.    Is it possible in that same scenario for an

21   appointment to be cancelled due to equipment failure?

22         A.    It's very possible.

23         Q.    You said that is very possible.  Is it --

24   does the equipment here fail frequently?



Page 41

1          A.    No.

2          Q.    Is there anything that would cause an

3    appointment to be cancelled even before an individual

4    is escorted to the facility?

5          A.    Yes.  If the staff is pulled to work the

6    other building, then we have to cancel.  That means

7    that they don't have enough staff or whatever to

8    process the intake line.  They take priority over

9    regular scheduled appointments.

10               Sometimes they could possibly be

11   cancelled.  We got new equipment.  The clearance came

12   at the last minute, so they weren't allowed to come so

13   we had to cancel that day while they are installing the

14   equipment.  That can happen.  They can be cancelled

15   because the holding areas in the hospital are

16   overflowing, and they can't take anymore patients so

17   security stops or holds movement or cancels.  We have

18   no control over that.

19         Q.    Would you say that that is a common

20   occurrence for the holding cell to be overflowing?

21         A.    It has been an issue in the past.  It's not

22   as much of an issue now.

23         Q.    Are there certain hours in which you are

24   allowed to see patients at the dental healthcare unit?



Page 42

1          A.   8:00 to 4:00.

2          Q.   Does that mean that at 4:00 all treatment

3     needs to be completed?

4          A.   For the most part, yes.

5          Q.   Are there exceptions to that rule?

6          A.   Yes.

7          Q.   What type of exceptions?

8          A.   Sometimes if the doctor is not finished

9     with what they were doing, then they have to work over

10    and they don't get paid for it.  And the staff leaves

11    because they can't work overtime, so you work by

12    yourself.

13         Q.   Is it fair to say that that scenario -- is

14    it fair to say that dentists that work at the maximum

15    security dental unit try to avoid continuing treatment

16    past 4:00 p.m.?

17         A.   For the most part, yes.

18         Q.   Does that cutoff -- limit the number of

19    patients that you're able to see in one day?

20         A.   Well certainly.

21         Q.   Do you believe that the appointment system

22    including the notice the night before and the various

23    hurdles that need to be left before receiving treatment

24    has a negative impact on a patient's willingness to



Page 43

1    seek treatment?

2          MR. DORAN:  Objection, form, foundation.

3                You can answer.

4          THE WITNESS:  Absolutely not.

5    BY MR. ROTERT:

6          Q.   Other than the dental hygienist and the

7    dental technician --

8          A.   Dental assistant.

9          Q.   -- dental assistant, are there other

10   support staff employed at the dental unit?

11         A.   We have an oral surgeon that comes in once

12   a month.  That's it.

13         Q.   There is no administrative assistants

14   assigned to the dental unit?

15         A.   No.

16         Q.   There are no other office support staff?

17         A.   No.

18         Q.   You mentioned earlier that one of your job

19   responsibilities are scheduling appointments, correct?

20         A.   All of us schedule, but I look over the

21   final schedule.  Everybody -- if you see a patient, you

22   can put that person down on your appointment book where

23   you want them to come back to.  Everybody schedules.  I

24   just -- but when the final schedule is done, once it's



Page 44

1  put together, then I'm the person that looks over it to

2  make sure times are okay, et cetera.

3       Q.   Does that mean that you have final approval

4  of the schedule after it's made?

5       A.   For the most part, yes.

6       Q.   Do you review what sort of treatment a

7  patient is scheduled to receive when reviewing the

8  appointment book?

9       A.   It's written on the actual schedule.  What

10  I look at is to make sure that we only schedule so many

11  fillings at a certain time because you can only do so

12  many, et cetera.  I generally schedule three to four

13  patients per hour, depending on what they need, for

14  things that are going to be faster, 30 minute

15  appointments.  It just depends.

16       Q.   Do you try to ensure that patients receive

17  timely appointments?

18       A.   Timely for us is about seven weeks from one

19  appointment date to the next.

20       Q.   Are there exceptions to that where you try

21  to bring a patient in sooner?

22       A.   Yes.

23       Q.   What sort of exception?

24       A.   Generally patients who have had a tooth

