United States District Court for the Northern
District of Illinois
File Number 15-cv-02950

| | |
|---|---|
| WENDELL WEAVER #R47387,<br><br>        Plaintiff,<br><br>v.<br><br>JACQUELINE MITCHELL, D.D.S., and RANDY PFISTER,<br><br>        Defendants. | Notice of Appeal |

    Notice is hereby given that Wendell Weaver, plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 8th day of February, 2018, following this Court's order denying his Motion for a New Trial entered on the 16th day of January, 2019.

Date: January 25, 2019

                              (s) Gerald Meyer
                              Gerald P. Meyer
                              MoloLamken LLP
                              300 N. LaSalle St., Ste. 5350
                              Chicago, IL 60654
                              312.450.6700
                              gmeyer@mololamken.com

                              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2019, I electronically filed the foregoing notice of appeal with the Clerk of the Court through the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

/s/ Gerald P. Meyer
Gerald P. Meyer