United States District Court for the Northern
District of Illinois
File Number 15-cv-02950

| | |
|---|---|
| WENDELL WEAVER #R47387,<br><br>   Plaintiff,<br><br>v.<br><br>JACQUELINE MITCHELL, D.D.S., and RANDY PFISTER, in his capacity as Warden of Stateville Correctional Center,<br><br>   Defendants. | Docketing Statement |

### I. JURISDICTION OF THE DISTRICT COURT

The district court had jurisdiction as a civil action arising under the laws of the United States pursuant to 28 U.S.C. §§ 1331 and 1343, as a lawsuit proceeding under 42 U.S.C. §§ 1983 and 1988 and the Eighth and Fourteenth Amendments to the Constitution of the United States.

### II. JURISDICTION OF THE COURT OF APPEALS

The United States Court of Appeals has jurisdiction to decide this case pursuant to 28 U.S.C. § 1291.

This appeal is taken from the final decision of the U.S. District Court for the Northern District of Illinois entered on the 8th day of February, 2018 by the Honorable Virginia M. Kendall. Plaintiff Weaver timely filed a motion for a new trial on the 8th day of March, 2018. The Court denied that motion on the 16th day of January, 2019. The Notice of Appeal was timely filed with the District Court on the 25th day of January, 2019.

### III. PARTY APPEARING IN OFFICIAL CAPACITY

Defendant Randy Pfister appeared as a defendant in this suit in his official capacity as Warden of Stateville Correctional Center. The current occupant of that office is Sherwin Miles.

Date: January 25, 2019

    (s) <u>Gerald Meyer</u>
Gerald P. Meyer
MoloLamken LLP
300 N. LaSalle St., Ste. 5350
Chicago, IL 60654
312.450.6700
gmeyer@mololamken.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 25, 2019, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

                                                        /s/ Gerald P. Meyer
                                                        Gerald P. Meyer